# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| T'ERICA DEGUZMAN,<br><br>     Plaintiff,<br><br>vs.<br><br>NEVADA H.A.N.D., INC.,<br><br>     Defendant. | Case No. 2:14-cv-01268-JCM-PAL<br><br>**ORDER** |

This matter is before the Court on Defendant's Motion for Waiver of Attendance at ENE Session of Representative From Insurer (#12), filed December 4, 2014.  Upon review and consideration,

**IT IS HEREBY ORDERED** that Defendant's Motion for Waiver of Attendance at ENE Session of Representative From Insurer (#12) is **granted**.  The physical attendance of a representative from Allied World Assurance is excused for the ENE session on December 18, 2014.

DATED this 12th day of December, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge