FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
ANTHONY B. GOLDEN, ESQ.
Nevada Bar No. 9563
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV 89169
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail Address: agolden@laborlawyers.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| T'Erica DeGuzman, Individually, | Case No.: 2:14-cv-01268-JCM-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| NEVADA H.A.N.D., Inc., a Domestic Non-Profit Corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED: June 17, 2015

FISHER & PHILLIPS LLP

By: _/s/ Scott Mahoney_
Scott M. Mahoney, Esq.
Anthony B. Golden, Esq.
3800 Howard Hughes Parkway
Suite 950
Las Vegas, Nevada 89109
Attorneys for Defendant

DATED: June 18, 2015

T'Erica DeGuzman

_/s/ T'Erica DeGuzman_
3522 Audobon Street
Las Vegas, NV 89147
Plaintiff Pro Se

IT IS SO ORDERED:

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE
Dated: July 20, 2015

FPDOCS 30750354.1